## CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

PAILIN v. MIDGETT, from Dare; *Aydlett,* for plaintiff; *Bond,* for defendant.    Affirmed.

ATKINSON v. RICKS, from Northampton; *Winborne,* for plaintiff; *Barnes,* for defendant.    New trial for newly discovered evidence.

KING v. POWELL, from Warren; *Green,* for plaintiff; *Pittman & Kerr,* for defendant.    Affirmed upon authority of *Harrington v. Hatton,* 130 N. C., 90; *Pipkin v. Adams,* 114 N. C., 201.

WILLIFORD v. WILLIAMS, from Bertie; *Martin,* for plaintiff; *Smith,* for defendant.    Affirmed.

WARD v. WARD, from Bertie; *Smith,* for plaintiff; *Martin,* for defendant.    Affirmed.

COX v. BUCK, from Pitt; *Skinner & Whedbee,* for plaintiff.    Affirmed.

ROYAL v. STREET RAILWAY Co., from Craven.    *D. L. Ward,* for plaintiff; *Clark,* for defendant.    Affirmed.

MANUFACTURING Co. v. GRAY, from Craven.    *McIver,* for plaintiff; *A. D. Ward,* for defendant.    Affirmed.

EDWARDS v. AYSCUE, from Vance.    *Pittman and Harris,* for plaintiff.    Dismissed under Rule 15 for failure to prosecute appeal.

TYSON v. BARNES, from Edgecombe; *Fleming & Moore,* for plaintiff; *Fountain & Howard,* for defendant.    Affirmed on authority of *King v. Cooper,* 128 N. C., 347.

PENDER LUMBER Co. v. WILMINGTON IRON WORKS, *from* Pender; *Stevens,* for plaintiff; *Meares,* for defendant.    Defendant's petition to rehear dismissed.

WOOD v. ROWE, from Onslow; *Thompson* and *A. D. Ward,* for appellee.    Motion to docket and dismiss appeal under Rule 17 allowed.